No. 803. WONG SHONG BEEN v. PROCTOR, COMMISSIONER OF IMMIGRATION. April 27, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Fred H. Lysons* for petitioner. *Solicitor General Reed, Assistant Attorney General McMahon,* and *Messrs. Bart W. Butler, Wm. W. Barron,* and *Lee A. Jackson* for respondent.

No. 826. HENNEFORD ET AL. v. PARAMOUNT PICTURES DISTRIBUTING Co., INC. ET AL. April 27, 1936. Petition for writ of certiorari to the Supreme Court of Washington denied. *Mr. R. G. Sharpe* for petitioners. *Messrs. Gabriel L. Hess* and *Arthur G. Cohen* for respondents.

No. 830. LANDAU v. UNITED STATES ATTORNEY. April 27, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. David P. Siegel* for petitioner. *Solicitor General Reed, Assistant Attorney General McMahon,* and *Messrs. Wm. W. Barron* and *Young M. Smith* for respondent.

No. 831. OUTLAW v. UNITED STATES. April 27, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Walter B. Scott* and *W. P. McLean* for petitioner. *Solicitor General Reed, Assistant Attorney General McMahon,* and *Mr. Wm. W. Barron* for the United States.

No. 832. FIDELITY & DEPOSIT Co. v. UNITED STATES. April 27, 1936. Petition for writ of certiorari to the Cir-